UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antwoyn Terrell Spencer,   Civ. No. 20-926 (PAM/BRT)

      Petitioner,

v.   **ORDER**

Warden J. Fikes,

      Respondent.

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Becky R. Thorson dated June 17, 2020. (Docket No. 5.) The R&R recommended dismissing this lawsuit without prejudice for failure to prosecute. Petitioner failed to file objections to the R&R in the time permitted to do so. D. Minn. L. R. 72.2(b).

In April 2020, the Court informed Petitioner that he must either pay a filing fee for this action or apply for in forma pauperis ("IFP") status. (Docket No. 3.) The letter warned Petitioner that the Court would dismiss his case if he failed to submit either the filing fee or an IFP application. (Id.) Petitioner has not communicated with the Court in the three months since the letter's mailing. Summary dismissal is therefore appropriate.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 5) is **ADOPTED**; and

2

    2.    This action is **DISMISSED without prejudice** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 13, 2020

                                                             *s/Paul A. Magnuson*
                                                            Paul A. Magnuson
                                                            United States District Court Judge